**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT F. MCROBERTS III,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 26-132** |
| | : | |
| **HOWARD HOLLAND,** *et al.,* | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 1st day of May 2026, upon review of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga, and upon review of Petitioner's "Request for Judicial Notice and Petition to Amend Complaint," it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED.**

2. The Petition for Writ of Habeas Corpus is **SUMMARILY DISMISSED** without prejudice.

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, there is no probable cause to issue a certificate of appealability.

4. Petitioner's "Request for Judicial Notice and Petition to Amend Complaint" (ECF No. 7) is **DENIED.**[1]

---

[1] Petitioner is a pretrial detainee in Chester County who complains in his habeas petition of alleged issues with his state court public defender. In his Petition to Amend, Petitioner claims that he is now representing himself in state court and seeks to add additional factual support to his previously pled allegations of ineffective assistance of his assigned state court counsel. However, as set forth by Judge Arteaga in his Report and Recommendation, any claim of ineffective assistance of counsel that Petitioner may have is premature in the context of the instant habeas petition, as he must first exhaust said claims in state court. Accordingly, his Petition must be dismissed.

5. The Clerk shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Catherine Henry*

**CATHERINE HENRY, J.**